18 - 21130

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

JUN 27 2018 AM10:34

M. REGINA THOMAS
CLERK

BY: GNH
DEPUTY CLERK

Certificate Number: 01267-GAN-CC-031237167



01267-GAN-CC-031237167

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 26, 2018</u>, at <u>10:47</u> o'clock <u>AM CDT</u>, <u>Ezequiel De La Rosa</u> received from <u>Money Management International, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Georgia</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>June 26, 2018</u>           By:    <u>/s/Cristina Gonzalez</u>

                                     Name:  <u>Cristina Gonzalez</u>

                                     Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 01267-GAN-CC-031237165



01267-GAN-CC-031237165

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 26, 2018, at 10:47 o'clock AM CDT, Laura R De La Rosa received from Money Management International, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: June 26, 2018        By:    /s/Cristina Gonzalez

                           Name:  Cristina Gonzalez

                           Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).